**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**KEITH D. BREWER**                                                                **PLAINTIFF**

**V.**                                **NO. 2:09CV202-P-D**

**DALE K. THOMPSON, et al.**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice. The Plaintiff's motion to proceed as a pauper (docket entry 2) is **DENIED**.

**IT IS SO ORDERED.**

THIS the 14th day of December, 2009.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE